■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH GOODWIN, Appellant. [40 NYS3d 274]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Dowling, J.), imposed August 14, 2015, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's valid waiver of his right to appeal precludes review of his contention that the sentence imposed was excessive (*see People v Bradshaw*, 18 NY3d 257, 264-268 [2011]; *People v Ramos*, 7 NY3d 737, 738 [2006]; *People Lopez*, 6 NY3d 248, 255 [2006]; *People v Mendez*, 128 AD3d 854 [2015]). Eng, P.J., Austin, Roman, Hinds-Radix and Duffy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTIN HARRIS, Appellant. [40 NYS3d 278]—Application/by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 17, 2015 (*People v Harris*, 129 AD3d 990 [2015]), affirming a judgment of the Supreme Court, Kings County, rendered July 7, 2011.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Austin, Sgroi and Barros, JJ., concur.